Robert A. Faucher (ISB # 4745)
Kirk J. Houston (ISB # 9055)
Holland & Hart LLP
800 W. Main Street, Ste. 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:  rfaucher@hollandhart.com
        kjhouston@hollandhart.com

Julia A. Chincheck *Pro hac vice*
Daniel J. Cohn  *Pro hac vice*
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 347-1100
Facsimile:  (304) 343-3058
Email: jchincheck@bowlesrice.com
Email: dcohn@bowlesrice.com

*Attorneys for Jamie R. Voit and
Katrina Martin*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>ANDREW SHANE MOWERY and<br>JENA MARIE MOWERY,<br><br>    Debtors.<br><br>JAMIE R. VOIT,<br><br>    Plaintiff,<br>v.<br><br>ANDREW SHANE MOWERY,<br><br>    Defendant. | Case No. 17-01078<br>Chapter 7<br><br><br><br><br>Adv. Proceeding 17-06025-JDP |

**STIPULATION TO DISMISS ADVERSARY PROCEEDINGS - 1**

| | |
|---|---|
| KATRINA MARTIN,<br><br>           Plaintiff,<br>v.<br><br>ANDREW SHANE MOWERY,<br><br>           Defendant. | Adv. Proceeding 17-06024-JDP |

**STIPULATION TO DISMISS ADVERSARY PROCEEDINGS**

COME NOW Plaintiffs, Jamie R. Voit and Katrina Martin, and Defendant, Andrew Shane Mowery, by and through their respective counsel of record, and hereby stipulate and agree as follows:

1.    All of the parties to these adversary proceedings are parties to this stipulation.

2.    The parties hereby stipulate, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), made applicable hereto by Fed. R. Bank. Pro. 7041, and move the Court to enter the proposed order attached hereto as Exhibit A, as a means of resolving all claims in these adversary proceedings, with each of the parties bearing his or her own costs and attorneys' fees.

WHEREFORE, for the reasons set forth herein, the parties move the Court to enter the proposed order attached hereto as Exhibit A.

**STIPULATION TO DISMISS ADVERSARY PROCEEDINGS - 2**

DATED this __11th__ day of October, 2018.

| /s/ Kirk J. Houston | /s/ Daniel J. Cohn |
|---|---|
| Robert A. Faucher (ISB # 4745) | Julia A. Chincheck (WVSB # 718) |
| rfaucher@hollandhart.com | *Pro Hac Vice* |
| Kirk J. Houston (ISB # 9055) | Daniel J. Cohn (WVSB # 11916) |
| kjhouston@hollandhart.com | *Pro Hac Vice* |
| Holland & Hart LLP | BOWLES RICE LLP |
| 800 W. Main Street, Ste. 1750 | 600 Quarrier Street |
| Boise, ID 83702 | Charleston, West Virginia 25301 |
| Telephone: (208) 342-5000 | Telephone: (304) 347-1100 |
| Facsimile: (208) 343-8869 | Facsimile: (304) 343-3058 |
| *Local Counsel for Jamie R. Voit and Katrina Martin* | Email: jchincheck@bowlesrice.com |
|  | Email: dcohn@bowlesrice.com |
|  | *Counsel for Jamie R. Voit and Katrina Martin* |

DATED this __11th__ day of October, 2018.

/s/ Nolan Sorensen

Nolan Sorensen
Capstone Law PLLC
*Counsel for Andrew Shane Mowery*

**STIPULATION TO DISMISS ADVERSARY PROCEEDINGS - 3**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 11th day of October, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Nolan Roy Sorensen<br>Capstone Law, LLC<br>209 E. Basline Road, Ste E-205<br>Tempe, AZ 85283<br>Telephone: (801) 657-5074<br>Facsimile: (888) 612-4236 | nolan@capstonelaw.net |
| Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707 | Nghillenlaw.com |
| U.S. Trustee<br>U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste 220<br>Boise, ID 83712 | Ustp.region18.bs.ecf@usdoj.gov |

      /s/ Kirk J. Houston
Kirk J. Houston for HOLLAND & HART LLP

11498640_1.docx

**STIPULATION TO DISMISS ADVERSARY PROCEEDINGS - 4**

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>ANDREW SHANE MOWERY and<br>JENA MARIE MOWERY,<br><br>    Debtors. | Case No. 17-01078<br>Chapter 7 |
| JAMIE R. VOIT,<br><br>    Plaintiff,<br>    v.<br><br>ANDREW SHANE MOWERY,<br><br>    Defendant. | Adv. Proceeding 17-06025-JDP |
| KATRINA MARTIN,<br><br>    Plaintiff,<br>    v.<br><br>ANDREW SHANE MOWERY,<br><br>    Defendant. | Adv. Proceeding 17-06024-JDP |

## ORDER OF DISMISSAL

This matter having come before the Court upon the Stipulation to Dismiss Adversary Proceedings by and between Plaintiffs Jamie R. Voit and Katrina Martin and Defendant Andrew Shane Mowery having stipulated to the entry of this Judgment and good cause occurring therefor,

**ORDER OF DISMISSAL - 1**

IT IS ORDERED, ADJUDGED AND DECREED, AND THIS DOES ORDER, ADJUDGE AND DECREE, that:

The above-entitled adversary proceedings are hereby dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

//end of text//

Submitted by:

Kirk J. Houston, of Holland & Hart LLP

*Attorneys for Jamie R. Voit and Katrina Martin*

APPROVED AS TO FORM AND CONTENT:

HOLLAND & HART LLP

By  /s/ Kirk J. Houston

    Kirk J. Houston, for the firm
    *Attorneys for Jamie R. Voit and Katrina Martin*

Capstone Law PLLC

By  /s/ Nolan Sorensen

    Nolan Sorensen
    *Counsel for Andrew Shane Mowery*

11507260_1.docx

**ORDER OF DISMISSAL - 2**